IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CAROLYN COBB | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 13-11147AMC |

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:          $500.00
Net amount to be paid by the Trustee    $500.00


BY THE COURT:

_____
THE HONORABLE ASHELY M.CHAN

Dated: **March 23, 2018**

cc:   William C. Miller, Trustee
      PO Box 1229
      Philadelphia, PA  19105

      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19102
      (215) 569-2922

      Debtor