United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 13-11147-amc
Carolyn Cobb                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1                  Date Rcvd: Mar 23, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db              Carolyn Cobb,    1530 Rainer Rd.,    Brookhaven, PA 19015-1942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2018 01:50:47     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOHN MICHAEL KOLESNIK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Carolyn  Cobb Perlick@verizon.net,  pireland1@verizon.net
                                                                                                 TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CAROLYN COBB | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 13-11147AMC |

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:          $500.00
Net amount to be paid by the Trustee    $500.00


BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: **March 23, 2018**

cc:   William C. Miller, Trustee
      PO Box 1229
      Philadelphia, PA  19105

      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19102
      (215) 569-2922

      Debtor