Certificate Number: 00301-PAE-DE-030778815

Bankruptcy Case Number: 13-11147



00301-PAE-DE-030778815

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 26, 2018, at 5:46 o'clock PM EDT, CAROLYN E COBB completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 26, 2018

By:  /s/Jimmy Arreaga

Name:  Jimmy Arreaga

Title:  Certified Bankruptcy Counselor

03/27/2018 18:19 Aston Public Library (FAX)6104941314 P.001/003 ZACHARY PERLICK