United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-11147-amc
Carolyn Cobb                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: May 16, 2018
                              Form ID: 138NEW         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
```
db              Carolyn Cobb,    1530 Rainer Rd.,    Brookhaven, PA  19015-1942
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
13096469       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,     2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
12967426       +Bank of America,    6400 Legacy Drive,    Plano, TX 75024-3609
13014156        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12967427        Southwest Delaware County,    Municipal Authority,    One Gamble Lane,    PO Box 2466,
                Aston, PA 19014-0466
12967428      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:     Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197-5855)
13013954        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13097173       +Wells Fargo Bank, NA,    Attention : Bankruptcy Department,    MAC # D3347-014,
                3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
12967429       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:25      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:19
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:55      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 02:18:01      GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13042340       +E-mail/Text: ebn@magnolialanepartners.com May 17 2018 02:22:54      CR Evergreen III, LLC,
                3434 25th Ave W. Suite 302,    Seattle, WA 98199-2229
13095908        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:25:20
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13095907        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2018 02:25:06
                LVNV Funding, LLC its successors and assigns as,    assignee of OSI,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12981174        E-mail/Text: ebn@vativrecovery.com May 17 2018 02:21:45      Palisades Collections, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                PO Box 40728,    Houston TX 77240-0728
13033399        E-mail/Text: bnc-quantum@quantum3group.com May 17 2018 02:21:52
                Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13082865        E-mail/PDF: rmscedi@recoverycorp.com May 17 2018 02:18:06
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13508824*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:     Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261)
13092806*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:     Nationstar Mortgage, LLC,    350 Highland Drive,
                Lewisville, TX 75067)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2         User: John              Page 2 of 2             Date Rcvd: May 16, 2018
                             Form ID: 138NEW         Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
         ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
         ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
         JOHN MICHAEL KOLESNIK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
         THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
         ZACHARY  PERLICK    on behalf of Debtor Carolyn  Cobb Perlick@verizon.net,  pireland1@verizon.net
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Carolyn Cobb
     Debtor(s)

Bankruptcy No: 13−11147−amc
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 5/16/18

87 − 86
Form 138_new