United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-11147-amc
Carolyn Cobb                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Jun 22, 2018
                              Form ID: 3180W       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db             Carolyn Cobb,   1530 Rainer Rd.,   Brookhaven, PA  19015-1942
13096469       +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
13092806       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                Lewisville, TX 75067)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jun 23 2018 01:52:32     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:52:05
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2018 01:52:23     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13042340       +E-mail/Text: ebn@magnolialanepartners.com Jun 23 2018 01:52:22     CR Evergreen III, LLC,
                3434 25th Ave W. Suite 302,   Seattle, WA 98199-2229
13095908        EDI: RESURGENT.COM Jun 23 2018 05:53:00     LVNV Funding, LLC its successors and assigns as,
                assignee of Arrow Financial Services,,   LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13095907        EDI: RESURGENT.COM Jun 23 2018 05:53:00     LVNV Funding, LLC its successors and assigns as,
                assignee of OSI,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12981174        E-mail/Text: ebn@vativrecovery.com Jun 23 2018 01:51:53     Palisades Collections, LLC,
                Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Collections, LLC,
                PO Box 40728,   Houston TX 77240-0728
13033399        EDI: Q3G.COM Jun 23 2018 05:53:00     Quantum3 Group LLC as agent for,
                Galaxy Asset Purchasing LLC,   PO Box 788,   Kirkland, WA  98083-0788
13013954        EDI: TFSR.COM Jun 23 2018 05:53:00     Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
13097173       +EDI: WFFC.COM Jun 23 2018 05:53:00     Wells Fargo Bank, NA,
                Attention : Bankruptcy Department,   MAC # D3347-014,   3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
                                                                                   TOTAL: 10

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          ANDREW F GORNALL   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          JOHN MICHAEL KOLESNIK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com

```
District/off: 0313-2              User: admin              Page 2 of 2              Date Rcvd: Jun 22, 2018
                                 Form ID: 3180W           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
             WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
              philaecf@gmail.com
             WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
             ZACHARY  PERLICK    on behalf of Debtor Carolyn  Cobb Perlick@verizon.net,   pireland1@verizon.net
                                                                  TOTAL: 10

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Carolyn Cobb** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** |
| Case number: | **13–11147–amc** |

Social Security number or ITIN    **xxx–xx–8190**

EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    _ _ _ _

EIN    _ _–_ _ _ _ _ _ _

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carolyn Cobb

<u>6/21/18</u>

**By the court:**    <u>Ashely M. Chan</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**