UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Carolyn Cobb
Bankruptcy No. 13-11147amc
Adversary No.
Chapter       13

Date:  June 10, 2019

To:

Zachary Perlick, Esq.
1420 Walnut Street, Ste 718
Philadelphia, PA  19102

## NOTICE OF INACCURATE FILING

Re:  Notice of Motion, Response Deadline and Hearing Date

The above pleading was filed in this office on **June 10, 2019.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and case number are missing
- ( )  Wrong PDF document attached
- ( )  PDF document not legible
- (XX)  Notice of Motion/Objection; Notice of Motion has the incorrect case number for the debtor.
- ( )  Electronic Signature missing
- ( )  Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04