IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CAROLYN COBB          : Bankruptcy No. 13-11147
                                 :
                                 :
           DEBTOR                : Chapter 13

O R D E R

AND NOW, this 23rd day of July, 2019, upon consideration of the Debtor's Motion to Turnover Funds held in Court Registry, it is hereby ORDERED that said motion is GRANTED. Funds shall be paid to the Trustee for Case #18-17716.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106

CAROLYN COBB
1530 Rainer Rd.
Brookhaven, PA 19015-1942