IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    CAROLYN COBB | : | Bankruptcy No. 13-11147 |
| | : | |
| | : | |
| DEBTOR | : | Chapter 13 |

### AMENDED ORDER

AND NOW, this 22nd day of August, 2019, upon consideration of the Debtor's Motion to Turnover Funds held in Court Registry, it is hereby ORDERED that said motion is GRANTED. Funds shall be paid to the Trustee for case #18-17716; William C. Miller, P.O. Box 1799, Memphis, TN 38101.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

CAROLYN COBB
1530 Rainer Rd.
Brookhaven, PA 19015-1942