United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-11147-amc
Carolyn Cobb                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Keith              Page 1 of 1              Date Rcvd: Aug 22, 2019
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db              Carolyn Cobb,    1530 Rainer Rd.,    Brookhaven, PA 19015-1942
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:11:46      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOHN MICHAEL KOLESNIK    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Carolyn  Cobb Perlick@verizon.net,  pireland1@verizon.net
                                                                                             TOTAL: 10

```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CAROLYN COBB           : Bankruptcy No. 13-11147
                                  :
                                  :
           DEBTOR                 : Chapter 13
```

### AMENDED ORDER

AND NOW, this 22nd   day of August  , 2019, upon consideration of the Debtor's Motion to Turnover Funds held in Court Registry, it is hereby ORDERED that said motion is GRANTED. Funds shall be paid to the Trustee for case #18-17716; William C. Miller, P.O. Box 1799, Memphis, TN 38101.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

CAROLYN COBB
1530 Rainer Rd.
Brookhaven, PA 19015-1942